IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 1:22-CR-00044-005 (LAG) |
| **MARIO MEADOWS** | |

## ORDER

The defendant has filed a Motion to Adjust Self Surrender Date from June 28, 2024, to July 8, 2024, which he states would enhance his chances of immediate acceptance into the 500-Hour Residential Drug Abuse Program (RDAP) offered by the Bureau of Prisons (BOP). This Court has carefully considered the motion and determined the following:

The U.S. Probation Office (USPO) sent a memorandum to the Court, advising that changing the defendant's voluntary surrender date will likely have little to no impact on whether he will qualify for immediate acceptance into 500 Residential Drug Abuse Treatment Program (RDAP). BOP officials further advised there is generally an extensive waiting list for admission into the RDAP program and an individual cannot be considered for placement until they arrive at the designated facility. Upon arrival at the designated facility, individuals complete an initial processing that varies in length for completion. Inmates are designated based on classification, space availability and separatees concerns. RDAP reviews also consider potential completion date, halfway house eligibility, and various other factors.

In accordance with 18 U.S.C. § 4042(a)(1), the BOP has charge of the management and regulation of all Federal and penal correctional institutions, to include computation of sentences. As such, the Court lacks jurisdictional authority to compute the defendant's sentence or modify the sentence based on reasons stated by the defendant in his motion.

Furthermore, the Bureau of Prisons is ultimately responsible for setting voluntary surrender/designation dates for defendants. As such, any input from the Court regarding a specific designation date or facility would only be considered a recommendation. Consequently, the Court recommends the defendant participate in available substance abuse treatment while in BOP custody.

Based on the above, the Court **DENIES** the defendant's motion.

SO ORDERED this 25th day of June, 2024.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE